**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NADINE WHALEN,

      Plaintiff,

-vs-                                                                           CASE NO.: 8:14-CV-01767-EAK-AEP

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT and ALLIANCEONE
RECEIVABLES MANAGEMENT, INC.

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Plaintiff, NADINE WHALEN, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, NADINE WHALEN, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT and ALLIANCEONE RECEIVABLES MANAGEMENT, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

      */s/ Amanda J. Allen*
      AMANDA J. ALLEN, ESQUIRE
      Florida Bar No. 0098228
      MORGAN & MORGAN, TAMPA, P.A.
      One Tampa City Center
      201 N. Franklin Street, Suite 700
      Tampa, FL 33602
      Telephone: (813) 223-5505
      Facsimile: (813) 223-5402
      Primary Email: AAllen@ForThePeople.com
      Secondary: LCrouch@ForThePeople.com
      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25TH day of June, 2015, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

SANGEETA P. SPENGLER, ESQUIRE
Florida Bar No. 0186864
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Phone: (813) 251-5500
Fax: (813) 251-3675
Primary Email: SPSpengler@gsgfirm.com
Secondary: lbrooks@gsgfirm.com
*Attorneys for Defendant AllianceOne Receivables Management, Inc.*

 And

CALLAN L. ALBRITTON, ESQUIRE
Florida Bar No. 105688
Primary Email: calbritton@wiandlaw.com
PETER B. KING, ESQUIRE
Florida Bar No. 0057800
Primary Email: pking@wiandlaw.com
WIAND GUERRA KING P.L.
5505 W Gray Street
Tampa, FL 33609
Phone: (813) 347-5100
Fax: (813) 347-5198
Secondary: mmadison@wiandlaw.com
*Attorney for Defendant BlueStem Brands, Inc. d/b/a Fingerhut*

                                                */s/ Amanda Allen*
                                                ATTORNEY
                                                Florida Bar #:  0098228